IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JOSEPH TIGER D. PRINCE,

   Plaintiff, et al.

     v.

CIVIL ACTION FILE
NO. 1:17-CV-2687-TWT

GEORGIA DEPARTMENT OF
PARDONS AND PAROLES, et al.,

   Defendants.

**ORDER**

This is a pro se prisoner civil rights action filed by several inmates at Augusta Medical Prison. It is before the Court on the Report and Recommendation [Doc. 7] of the Magistrate Judge recommending that the action be dismissed without prejudice. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 18 day of August, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge